```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cv-01107-JAM-KJM |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 70 ) | |
| CENTENNIAL AVENUE, CHICO, ) | |
| CALIFORNIA, BUTTE COUNTY, ) | |
| APN: 018-010-049-000 (FORMERLY ) | |
| APN:    011-010-049), INCLUDING) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California,

1

1  provides that the Court shall designate by order the
2  appropriate newspaper for publication;
3        3.   The defendant real property is located in the city
4  of Chico, in Butte County, California;
5        4.   Plaintiff proposes that publication be made as
6             follows:
7             a.   Four publications;
8             b.   In the following newspaper, a legal newspaper of
9  general circulation, located in the county in which the
10 defendant real property is located: <u>Oroville Mercury Register</u>;
11            c.   The publication to include the following:
12                 (1)  The Court, title and number of the action;
13                 (2)  The date of posting of the real property;
14                 (3)  The identity and/or description of the real
15 property posted;
16                 (4)   The name, address, and telephone
17 number of the attorney for the Plaintiff;
18                 (5)  A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Clerk and served on the
21 attorney for the Plaintiff within 30 days after the date of
22 publication;
23                 (6)  A statement that answers to the Complaint
24 or a motion under Rule 12 of the Federal Rules of Civil
25 Procedure ("Fed. R. Civ. P.")  must be filed and served within
26 20 days after the filing of the claims and, in the absence
27 thereof, default may be entered and condemnation ordered;
28                 (7)  A statement that applications for

intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

        (8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: May 20, 2008
        McGREGOR W. SCOTT
        United States Attorney

        /s/ Kristin S. Door
        KRISTIN S. DOOR
        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 22, 2008.

_____
U.S. MAGISTRATE JUDGE

3