IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  No. CIV S-08-1107 JAM KJM

    vs.

REAL PROPERTY LOCATED AT
70 CENTENNIAL AVENUE

        Defendant.               <u>ORDER</u>

_____/

       Claimant Meiri has filed a motion to set aside the default previously entered in this action. Claimant represents that counsel for the government has stated there is no opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order, plaintiff shall file either a statement confirming its nonopposition, or any opposition, to the motion to set aside default.

DATED: January 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
usa-meiri.def

1