JOHN BALAZS
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
(916) 447-9299
John@Balazslaw.com

Attorney for Claimant
Elaine I. Meiri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CV-S 08-CV-01107-JAM-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SET ASIDE ENTRY OF |
|  | ) DEFAULT AGAINST ELAINE I. MEIRI |
| REAL PROPERTY LOCATED AT 70 CENTENNIAL AVENUE, CHICO, CALIFORNIA, BUTTE COUNTY, APN: 018-010-049-000 (FORMERLY APN: 011-010-049), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| Defendant. | ) |

    For "good cause" as shown in Elaine I. Meiri's motion under Federal Rule of Civil Procedure 55(c) to set aside the default entered against her on September 17, 2008 and in her supporting declaration, and without opposition from the government, the Court hereby orders that entry of default against her in this action be set aside.

    Dated:  January 27, 2009.

_____
U.S. MAGISTRATE JUDGE