John Balazs, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95816
(916) 447-9299
John@Balazslaw.com

Attorney for Claimant
Elaine I. Meiri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-S 08-CV-01107-JAM-KJM |
| Plaintiff, | |
| v. | APPLICATION FOR APPOINTMENT OF COUNSEL AND ORDER |
| REAL PROPERTY LOCATED AT 70 CENTENNIAL AVENUE, CHICO, CALIFORNIA, BUTTE COUNTY, APN: 018-010-049-000 (FORMERLY APN: 011-010-049), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| Defendant. | |

Claimant Elaine I. Meiri, through her current counsel submits this application for appointment of counsel, pursuant to 18 U.S.C. § 983(b)(2)(A), which states as follows:

> If a person with standing to contest the forfeiture of property in a judicial civil procedure statute is financially unable to obtain representation by counsel and the property subject to forfeiture is real property that is being used by the person as a primary residence, the court, at the request of the person, shall insure that the person is represented by an attorney for the Legal Services Corporation with respect to the claim.

Here, Ms. Meiri qualifies for appointment of counsel under this statute. She has filed a verified statement of interest attesting under oath that she is the sole owner of the

real property at issue in this forfeiture action and that she resides on the property. She has also submitted a financial affidavit showing that she is financially eligible for appointment of counsel. *Exhibit A*. Undersigned attorney John Balazs represents that he assisted Ms. Meiri in preparing a motion for relief from entry of default on a pro bono basis and did not receive any compensation for his services. Mr. Balazs, however, cannot continue representing Ms. Meiri on a pro bono basis in this action and thus requests that attorney William Bonham substitute in as appointed counsel through the Legal Services Corporation. CJA panel William Bonham has agreed to represent Ms. Meiri in this civil forfeiture action and Ms. Meiri agrees to his representation. The Legal Services Corporation consents to the appointment of Mr. Bonham in this action under § 983(b)(2)(A). *Exhibit B*. Ms. Meiri thus requests that Mr. Bonham be appointed to represent her in this action. A proposed order is attached.

Dated: February 16, 2009

/s/ John Balazs
John Balazs

Attorney Seeking Appointment for Claimant
Elaine I. Meiri

John Balazs, Bar. No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
(916) 447-9299
John@Balazslaw.com

Attorney For Claimant
Elaine I. Meiri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 70 CENTENNIAL AVENUE, CHICO, CALIFORNIA, EL DORADO COUNTY, APN: 018-010-049-000 (FORMERLY APN: 011-010-049), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | No. CV-S 08-CV-01107-JAM-KJM<br><br>ORDER RE APPOINTMENT OF COUNSEL |

Upon application of claimant Elaine I. Meiri, and finding that under 18 U.S.C. § 983(b)(2)(a), the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services Corporation that attorney William Bonham may provide representation to the applicant on its behalf and Mr. Bonham having agreed to do so, IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 983, the Legal Services Corporation shall provide counsel to the applicant and that William Bonham shall be such counsel and shall substitute in as counsel of record for

attorney John Balazs..

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to William Bonham or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

Dated: April 29, 2009

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Judge

4