William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

Attorney for Claimant
Elaine I. Meiri

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV. No. 2:08-cv-1107 JAM/KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO |
| ) | CONTINUE HEARING |
| REAL PROPERTY LOCATED AT ) | ON PLAINTIFF'S MOTION |
| 70 CENTENNIAL AVENUE, CHICO, ) | FOR SUMMARY JUDGMENT |
| CALIFORNIA, BUTTE COUNTY, ) | |
| APN: 018-010-049-000 (FORMERLY ) | |
| APN: 011-010-049), INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Claimant, Elaine I. Meiri, through her undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court vacate and continue the hearing on Plaintiff's motion for summary judgment, in the above- captioned case, currently set for Wednesday, July 7, 2010 9:30 a.m. to

1

PDF created with pdfFactory trial version www.pdffactory.com

Wednesday, August 4, 2010 at 9:30 a.m. Claimant's opposition to plaintiff's motion for summary judgment will be due Wednesday, July 21, 2010.

On May 28, 2010 Plaintiff's filed a motion for summary judgment and final judgment of forfeiture. A hearing is currently set for Wednesday, July 7, 2010 at 9:00 a.m. with the claimant's opposition due Wednesday, June 23, 2010. A continuance is necessary to allow counsel additional time for settlement negotiations.

I, William E. Bonham, the filing party have received authorization from AUSA Kristin S. Door, to sign and submit this stipulation and proposed order on her behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the hearing on Plaintiff's motion for summary judgment for defendant property located at 70 Centennial Avenue, Chico, California, Butte County, should be continued until Wednesday, August 4, 2010 at 9:30 a.m.

Dated: June 22, 2010

        BENJAMIN B. WAGNER
        United States Attorney

        By: /s/   Kristin S. Door
        KRISTIN S. DOOR

Dated: June 22, 2010

        Assistant U.S. Attorney

        By: /s/  William E. Bonham
        WILLIAM E. BONHAM

2

PDF created with pdfFactory trial version www.pdffactory.com

Attorney for Claimant
ELAINE I. MEIRI

## **ORDER**

IT IS SO ORDERED THAT the hearing on Plaintiff's motion for summary judgment for defendant property located at 70 Centennial Avenue, Chico, California, Butte County, currently set for Wednesday, July 7, 2010 at 9:30 a.m. is vacated and continued to Wednesday, August 4, 2010 at 9:30 a.m.  IT IS FURTHER ORDERED THAT the claimant's opposition to the plaintiff's motion is due Wednesday, July 21, 2010.

I find that the continuance is necessary to allow counsel additional time for settlement negotiations.

Dated: June  22, 2010.

                                         /s/ John A. Mendez___
                                         JOHN A. MENDEZ
                                         U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com