William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

Attorney for Claimant
Elaine I. Meiri

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cv-1107 JAM/KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO |
| ) | CONTINUE THE HEARING |
| REAL PROPERTY LOCATED AT ) | ON PLAINTIFF'S MOTION |
| 70 CENTENNIAL AVENUE, CHICO, ) | FOR SUMMARY JUDGMENT, |
| CALIFORNIA, BUTTE COUNTY, ) | PRETRIAL CONFERENCE |
| APN: 018-010-049-000 (FORMERLY ) | HEARING AND TRIAL |
| APN: 011-010-049), INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Claimant, Elaine I. Meiri, through her undersigned counsel, and the United
States through its undersigned counsel, hereby stipulate and request that the Court
vacate and continue the Hearing on Plaintiff's Motion for Summary Judgment in
the above- captioned case, currently set for Wednesday, September 1, 2010, at 9:30
a.m., to Wednesday, October 6, 2010 at 9:30 a.m.  Claimant's opposition to

1

PDF created with pdfFactory trial version www.pdffactory.com

plaintiff's motion for summary judgment will be due Wednesday, September 22,

2010.  Plaintiff's reply, if any, will be due Wednesday, September 29, 2010.  The

parties make this request because they are engaged in settlement discussions and

defense counsel is preparing for one federal criminal jury trial and two state

criminal jury trials.

     The parties further stipulate and request that the final Pre-Trial Conference,

currently set for Monday October 4, 2010, at 9:00 a.m., and the Jury Trial currently

set for Monday, December 6, 2010 at 9:00 a.m., be vacated and continued to

Friday, November 19, 2010 at 2:00 p.m. and Monday, January 24, 2011 at 9:00

a.m. respectively.  A joint Pre-Trial Statement will be due Wednesday, January 19,

2010.

     I, William E. Bonham, the filing party, have received authorization from

AUSA Kristin S. Door, to sign and submit this stipulation and proposed order on

her behalf and defense counsel has authorization from his respective client.

Dated: August 23, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                     By:   /s/  Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff
                                    United States of America

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 23, 2010                    By: /s/  William E. Bonham
                                          WILLIAM E. BONHAM
                                          Attorney for Claimant
                                          ELAINE I. MEIRI

## **ORDER**

Good cause having been shown, IT IS ORDERED THAT that the Hearing on Plaintiff's Motion for Summary Judgment, currently set for Wednesday, September 1, 2010, at 9:30 a.m. is vacated and continued to Wednesday, October 6, 2010 at 9:30 a.m.  IT IS FURTHER ORDERED THAT the final Pre-Trial Conference is continued to Friday, November 19, 2010, at 2:00 p.m. and the Jury Trial is continued to Monday, January 24, 2011 at 9:00 a.m. with a joint Pre-Trial Statement due Wednesday, January 19, 2011.

Dated: August 23, 2010

                                   /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com