BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  REAL PROPERTY LOCATED AT 70 CENTENNIAL AVENUE, CHICO, CALIFORNIA, BUTTE COUNTY, APN: 018-010-049-000 (FORMERLY APN: 011-010-049), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,  Defendant. | 2:08-CV-01107-JAM-KJM  FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against certain real property located at 70 Centennial Avenue, Chico, California, Butte County, APN: 018-010-049-000 (formerly APN: 011-010-049) (hereafter "defendant real property"), and more fully described in Exhibit A, attached hereto and incorporated herein by reference.

2. A Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on May 20, 2008, seeking the forfeiture of

the defendant real property, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7).

3. On May 28, 2008, the defendant real property was posted with a copy of the Complaint and Notice of Complaint.

4. On June 5, 12, 19, and 26, 2008, a Public Notice of Posting of the defendant real property appeared by publication in The Oroville Mercury-Register, a newspaper of general circulation in the county in which the defendant real property is located (Butte County).

5. In addition to the Public Notice of Posting having been completed, the United States gave or attempted to give actual notice to the following individuals and entities:

    a. Elaine I. Meiri

    b. GreenPoint Mortgage Funding, Inc.

    c. MERS

    d. J. Scott Beyers and Stephanie L. Beyers

6. Claimant Meiri filed a verified statement of interest and answer alleging an interest in the defendant real property. GreenPoint also filed a verified claim and answer alleging an interest in the defendant real property.

7. No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

8. Based on the above findings, and the files and records of this Court, it is hereby ORDERED AND ADJUDGED as follows:

9. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this

action.

10. Judgment is hereby entered against Elaine I. Meiri, GreenPoint Mortgage Funding, Inc., and all other potential claimants who have not filed claims in this action.

11. Within thirty (30) days from the date this stipulation is signed, Claimant Meiri shall pay to the United States the sum of $17,000.00 (the "settlement amount") as the substitute *res* in lieu of the forfeiture of the defendant real property.

12. Claimant Meiri shall send a cashier's check for the settlement amount, made payable to the U.S. Marshals Service, to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. All right, title, and interest in said funds shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

13. Within thirty (30) days of full payment of the settlement amount, the United States shall record a withdrawal of the lis pendens against the defendant real property.

14. Plaintiff United States of America and its servants, agents, and employees are hereby released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint, as well as to those now known or disclosed. The parties to the stipulation

1  waive the provisions of California Civil Code § 1542.
2       15.  There was reasonable cause for the posting of the
3  defendant real property and the commencement and prosecution of
4  this forfeiture action, and Certificate of Reasonable Cause
5  pursuant to 28 U.S.C. § 2465 shall be entered accordingly.
6       16.  Nothing in the settlement shall be construed to impair
7  any rights claimant GreenPoint Mortgage Funding, Inc. has under
8  its note and deed of trust that is the basis for its claim in
9  this action.
10      17.  All parties are to bear their own costs and attorneys'
11 fees.
12      SO ORDERED THIS 21st day of October, 2010.

                                    /s/ John A. Mendez____
                                    JOHN A. MENDEZ
                                    United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

     Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint filed May 20, 2008, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property with the notice of forfeiture and for the commencement and prosecution of this action.

     Dated: October 21, 2010        /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge

**Exhibit A**
**70 Centennial Avenue, Chico, CA**

ALL THAT CERTAIN REAL PROPERTY SITUATE IN THE CITY OF CHICO, COUNTY OF BUTTE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEING A PORTION OF LOT 5, ACCORDING TO THAT CERTAIN MAP ENTITLED, "MAP OF THE TWENTY-FIRST SUBDIVISION OF THE BIDWELL RANCHO", WHICH MAP WAS RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, NOVEMBER 11, 1912, IN MAP BOOK 7, AT PAGE 49, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT OF THE LINE DIVIDING LOTS 3 AND 5 OF SAID SUBDIVISION DISTANT THEREON SOUTH 56 56' EAST 752.4 FEET FROM THE POINT OF INTERSECTION OF THE LINE DIVIDING LOT 4 AND 5, SAID SUBDIVISION WITH THE SOUTHERLY LINE OF BIDWELL PARK; RUNNING SOUTH 56 56' EAST ALONG SAID LINE DIVIDING SAID LOTS 3 AND 5, A DISTANCE OF 80 FEET TO A POINT; THENCE NORTH 33 04' EAST 300 FEET THROUGH SAID LOT 5 TO A POINT ON THE LINE BETWEEN LOTS 5 AND 6 OF SAID SUBDIVISION; THENCE NORTH 56 56' WEST ALONG LAST MENTIONED LINE 80 FEET TO A POINT; THENCE SOUTH 33 04' WEST THROUGH SAID LOT 5, A DISTANCE OF 300 FEET TO THE POINT OF BEGINNING.

AP NO. 011-010-049